|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Lease Trust |  |
| In Re:<br><br>Saqiba Parveen,<br><br>Debtor. | Case No.: 19-27794 JKS<br>Adv. No.:<br>Hearing Date: 11/14/19 @ 8:30 a.m.<br><br>Judge: John K. Sherwood |

Order Filed on November 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 25, 2019**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:     Saqiba Parveen
Case No.:   19-27794 JKS
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Toyota Lease Trust, the lessor of the subject 2018 Toyota Highlander, VIN: 5TDJZRFH0JS547649, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, Saqiba Parveen, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** the subject vehicle has been returned to the Secured Creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the Debtor is not exercising the right to purchase the vehicle; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the subject vehicle is not property of the bankruptcy estate and therefore there is no stay in place; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the Secured Creditor can exercise its rights with regard to the subject vehicle, including selling the vehicle;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.