| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | |
| In Re:<br><br>SAQIBA PARVEEN<br><br>　　　　　　Debtor(s) | |

Order Filed on December 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-27794

Chapter 13

Judge: The Honorable John K. Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: December 20, 2021**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance is payable:

 X    through the Chapter 13 plan as an administrative priority.

 ___   outside the plan.

The debtor's monthly plan is modified to require a payment of $267.96 per month for 23 months starting January 1, 2022 to allow for payment of the above fee.