Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19−27794−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Saqiba Parveen  
43 Christopher St.  
Lodi, NJ 07644

Social Security No.:  
xxx−xx−9271

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 20, 2019.

On 01/07/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date: February 10, 2022  
Time: 08:30 AM  
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 10, 2022  
JAN: dlr

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27794-JKS |
| Saqiba Parveen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 10, 2022 | Form ID: 185 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saqiba Parveen, 43 Christopher St., Lodi, NJ 07644-3320 |
| 518465259 | + | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518500655 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465262 | + | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465264 | + | BANKUNITED, NTL ASSOC, 14817 OAK LN, MIAMI LAKES, FL 33016-1517 |
| 518557612 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518465292 | + | CONDUENT, ATTN: BANKRUPTCY, PO BOX 7051, UTICA, NY 13504-7051 |
| 518465298 | + | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197-0002 |
| 518465304 | + | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518465305 | + | HSBC BANK, HSBC CARD SRVS/ATTN: BANKRUPTCY, PO BOX2013, BUFFALO, NY 14240-2013 |
| 518574150 | + | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 518477793 | | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 518465307 | + | NEW HAMPSHIRE HIGHER ED/GRANITE STATE MA, ATTN: BANKRUPTCY, PO BOX 2097, CONCORD, NH 03302-2097 |
| 518465308 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518874276 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518497752 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518465317 | + | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518465319 | + | WELLS FARGO/PREFERRED, ATTN: BANKRUPTCY, POB 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |
| 518566521 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518564634 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518465259 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:14 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518465261 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:09 | AT&T UNIVERSAL CITI CARD, ATTN: BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518500655 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465265 | | Email/Text: bankruptcy@bbandt.com | Jan 10 2022 20:47:00 | BB&T, IN CARE OF BANKRUPTCY DEPT, PO BOX 1847, WILSON, NC 27894 |
| 518465266 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:07 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: 185 | Total Noticed: 70 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 518465270 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:18 | CAPITAL ONE/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465271 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:13 | CAPITAL ONE/NEIMAN MARCUS/BERGDORF GOODM, ATTN: BANKRUPTCY DEPT, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465272 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:09 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465277 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518477381 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2022 20:47:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 518465311 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2022 20:47:00 | RBS CITIZENS CC, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 518465282 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/ANNIESEZ, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465283 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465284 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465286 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465287 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465288 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BKL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465289 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465291 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITYCAPITAL/BJSCLB, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465293 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2022 20:54:08 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518500368 | + Email/PDF: ebn_ais@aisinfo.com | Jan 10 2022 20:54:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518582478 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518465295 | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 518465296 | + Email/Text: dplbk@discover.com | Jan 10 2022 20:48:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 518465294 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:09 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |

Case 19-27794-JKS   Doc 35   Filed 01/12/22   Entered 01/13/22 00:12:37   Desc Imaged
                        Certificate of Notice      Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: 185 | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 518465297 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:09 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518583874 | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518473986 | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518582119 | + Email/Text: dplbk@discover.com | Jan 10 2022 20:48:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518465300 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 10 2022 20:54:08 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465302 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2022 20:47:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 518465303 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 10 2022 20:48:00 | GENESIS BANKCARD SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518465305 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 10 2022 20:47:00 | HSBC BANK, HSBC CARD SRVS/ATTN: BANKRUPTCY, PO BOX2013, BUFFALO, NY 14240-2013 |
| 518465273 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2022 20:54:18 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518502617 | + Email/Text: RASEBN@raslg.com | Jan 10 2022 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518506129 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:54:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518465306 | + Email/PDF: pa_dc_claims@navient.com | Jan 10 2022 20:54:19 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILES-BARR, PA 18773-9640 |
| 518465310 | + Email/Text: Bankruptcy@pinnaclefcu.com | Jan 10 2022 20:47:00 | PINNACLE FED CR UN, 135 RARITAN CENTER PKWY, EDISON, NJ 08837-3645 |
| 519243758 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:19 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243759 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518565327 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:14 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518565320 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:14 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518568985 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2022 20:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518574935 | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518564274 | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518465312 | + Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:07 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465313 | + Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 10 2022 20:54:13 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465314 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:13 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465316 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2022 20:47:00 | TOYOTA FINANCIAL SERVICES, ATTY: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 518465315 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2022 20:47:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 518564031 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2022 20:47:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518874276 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:08 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518465260 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518542237 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465263 | *+ | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465267 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465268 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465269 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465278 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465279 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465280 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465281 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465285 | *+ | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465290 | * | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465299 | *+ | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197-0002 |
| 518465301 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465274 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465275 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465276 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465309 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518465318 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Jan 10, 2022 | Form ID: 185 | Total Noticed: 70

Date: Jan 12, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Saqiba Parveen ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5