**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: Saqiba Parveen

Case No.: 19-27794
Judge: JKS

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original    ■ Modified/Notice Required    Date: January 7, 2022
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  RLL     Initial Debtor:  S P     Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay  150.00 Monthly*  to the Chapter 13 Trustee, starting on  October 1, 2019  for approximately 50 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d.  ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐   Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection         [X] NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 3,750.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

3

allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ■ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| |

**g. Secured Claims to be Paid in Full Through the Plan** ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims        NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $_____ to be distributed *pro rata*
- ☐ Not less than _____ percent
- ■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases        X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions        X NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

4

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ■ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification   NONE

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: September 17, 2019.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified to reject the car lease. | The plan is being modified to reject the car lease. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
*This plan is a step plan or has lumpsum payments as follows: $150.00 per month for 2 months, then $240.00 per month for 25 months, then $267.96 per month for 23 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: January 7, 2022    /s/ Saqiba Parveen
                         Saqiba Parveen
                         **Debtor**

Date:                    
                         **Joint Debtor**

Date  January 7, 2022    /s/ Russell L. Low
                         Russell L. Low 4745
                         **Attorney for the Debtor(s)**

United States Bankruptcy Court
District of New Jersey

In re:  
Saqiba Parveen  
　　　Debtor

Case No. 19-27794-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 5  
Date Rcvd: Jan 10, 2022　　　　　　　　　　　　　Form ID: pdf901　　　　　　　　　　　　　Total Noticed: 70

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saqiba Parveen, 43 Christopher St., Lodi, NJ 07644-3320 |
| 518465259 | + | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518500655 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465262 | + | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465264 | + | BANKUNITED, NTL ASSOC, 14817 OAK LN, MIAMI LAKES, FL 33016-1517 |
| 518557612 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518465292 | + | CONDUENT, ATTN: BANKRUPTCY, PO BOX 7051, UTICA, NY 13504-7051 |
| 518465298 | + | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197-0002 |
| 518465304 | + | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518465305 | + | HSBC BANK, HSBC CARD SRVS/ATTN: BANKRUPTCY, PO BOX2013, BUFFALO, NY 14240-2013 |
| 518574150 | + | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 518477793 | | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 518465307 | + | NEW HAMPSHIRE HIGHER ED/GRANITE STATE MA, ATTN: BANKRUPTCY, PO BOX 2097, CONCORD, NH 03302-2097 |
| 518465308 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518874276 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518497752 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518465317 | + | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518465319 | + | WELLS FARGO/PREFERRED, ATTN: BANKRUPTCY, POB 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |
| 518566521 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518564634 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518465259 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:15 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518465261 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:20 | AT&T UNIVERSAL CITI CARD, ATTN: BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518500655 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465265 | | Email/Text: bankruptcy@bbandt.com | Jan 10 2022 20:47:00 | BB&T, IN CARE OF BANKRUPTCY DEPT, PO BOX 1847, WILSON, NC 27894 |
| 518465266 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:18 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

Case 19-27794-JKS    Doc 36    Filed 01/12/22    Entered 01/13/22 00:12:37    Desc Imaged
                       Certificate of Notice    Page 8 of 11

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: pdf901 | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 518465270 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:07 | CAPITAL ONE/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465271 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:18 | CAPITAL ONE/NEIMAN MARCUS/BERGDORF GOODM, ATTN: BANKRUPTCY DEPT, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465272 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465277 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:15 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518477381 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2022 20:47:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 518465311 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2022 20:47:00 | RBS CITIZENS CC, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 518465282 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/ANNIESEZ, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465283 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465284 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465286 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465287 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465288 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITY BKL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465289 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465291 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | COMENITYCAPITAL/BJSCLB, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465293 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2022 20:54:08 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518500368 | + Email/PDF: ebn_ais@aisinfo.com | Jan 10 2022 20:54:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518582478 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518465295 | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 518465296 | + Email/Text: dplbk@discover.com | Jan 10 2022 20:48:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 518465294 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:09 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |

| Case 19-27794-JKS | Doc 36 | Filed 01/12/22 | Entered 01/13/22 00:12:37 | Desc Imaged |
|---|---|---|---|---|
| | | Certificate of Notice | Page 9 of 11 | |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: pdf901 | Total Noticed: 70 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518465297 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518583874 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518473986 | | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518582119 | + | Email/Text: dplbk@discover.com | Jan 10 2022 20:48:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518465300 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 10 2022 20:54:08 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465302 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2022 20:47:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 518465303 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 10 2022 20:48:00 | GENESIS BANKCARD SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518465305 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 10 2022 20:47:00 | HSBC BANK, HSBC CARD SRVS/ATTN: BANKRUPTCY, PO BOX2013, BUFFALO, NY 14240-2013 |
| 518465273 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2022 20:54:12 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518502617 | + | Email/Text: RASEBN@raslg.com | Jan 10 2022 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518506129 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:54:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518465306 | + | Email/PDF: pa_dc_claims@navient.com | Jan 10 2022 20:54:13 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILES-BARR, PA 18773-9640 |
| 518465310 | + | Email/Text: Bankruptcy@pinnaclefcu.com | Jan 10 2022 20:47:00 | PINNACLE FED CR UN, 135 RARITAN CENTER PKWY, EDISON, NJ 08837-3645 |
| 519243758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243759 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:19 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518565327 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:19 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518565320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:08 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518568985 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2022 20:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518574935 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518564274 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518465312 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:18 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465313 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | Jan 10 2022 20:54:13 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465314 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:12 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465316 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2022 20:47:00 | TOYOTA FINANCIAL SERVICES, ATTY: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 518465315 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 10 2022 20:47:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 518564031 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2022 20:47:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518874276 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:20 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518465260 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518542237 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465263 | *+ | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465267 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465268 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465269 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465278 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465279 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465280 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465281 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465285 | *+ | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465290 | * | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465299 | *+ | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197-0002 |
| 518465301 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465274 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465275 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465276 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465309 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518465318 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Saqiba Parveen ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5