Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−27794−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saqiba Parveen
   43 Christopher St.
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−9271

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 14, 2022.

Dated: February 14, 2022
JAN: zlh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Saqiba Parveen  
    Debtor

Case No. 19-27794-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Feb 14, 2022      Form ID: plncf13      Total Noticed: 70

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saqiba Parveen, 43 Christopher St., Lodi, NJ 07644-3320 |
| 518465262 | + | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465264 | + | BANKUNITED, NTL ASSOC, 14817 OAK LN, MIAMI LAKES, FL 33016-1517 |
| 518557612 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518465292 | + | CONDUENT, ATTN: BANKRUPTCY, PO BOX 7051, UTICA, NY 13504-7051 |
| 518465298 | + | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197-0002 |
| 518465304 | + | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518574150 | + | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 518477793 | | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 518465307 | + | NEW HAMPSHIRE HIGHER ED/GRANITE STATE MA, ATTN: BANKRUPTCY, PO BOX 2097, CONCORD, NH 03302-2097 |
| 518465308 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518497752 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518465317 | + | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518465319 | + | WELLS FARGO/PREFERRED, ATTN: BANKRUPTCY, POB 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |
| 518566521 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518564634 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2022 23:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2022 23:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518465259 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2022 23:08:31 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518465261 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:09:06 | AT&T UNIVERSAL CITI CARD, ATTN: BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518500655 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2022 23:09:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465265 | | Email/Text: bankruptcy@bbandt.com | Feb 14 2022 23:04:00 | BB&T, IN CARE OF BANKRUPTCY DEPT, PO BOX 1847, WILSON, NC 27894 |
| 518465266 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2022 23:09:21 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2022 23:09:10 | CAPITAL ONE/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465271 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-27794-JKS    Doc 42    Filed 02/16/22    Entered 02/17/22 00:18:12    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 14, 2022 | Form ID: plncf13 | Total Noticed: 70 |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Feb 14 2022 23:09:21 | CAPITAL ONE/NEIMAN MARCUS/BERGDORF GOODM, ATTN: BANKRUPTCY DEPT, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465272 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:19:44 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465277 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:09:17 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518477381 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2022 23:03:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 518465311 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2022 23:03:00 | RBS CITIZENS CC, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 518465282 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITY BANK/ANNIESEZ, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465283 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITY BANK/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465284 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465286 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465287 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465288 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITY BKL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465289 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465291 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2022 23:04:00 | COMENITYCAPITAL/BJSCLB, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465293 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2022 23:08:32 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518500368 | + Email/PDF: ebn_ais@aisinfo.com | Feb 14 2022 23:08:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518582478 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:09:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518465295 | Email/Text: mrdiscen@discover.com | Feb 14 2022 23:04:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 518465296 | + Email/Text: dplbk@discover.com | Feb 14 2022 23:04:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 518465294 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:09:16 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 518465297 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:09:17 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518583874 | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: plncf13 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 14 2022 23:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518473986 | | Email/Text: mrdiscen@discover.com | | |
| | | | Feb 14 2022 23:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518582119 | + | Email/Text: dplbk@discover.com | | |
| | | | Feb 14 2022 23:04:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518465300 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Feb 14 2022 23:08:42 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465302 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Feb 14 2022 23:04:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 518465303 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Feb 14 2022 23:05:00 | GENESIS BANKCARD SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518465305 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | | Feb 14 2022 23:03:00 | HSBC BANK, HSBC CARD SRVS/ATTN: BANKRUPTCY, PO BOX2013, BUFFALO, NY 14240-2013 |
| 518465273 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 14 2022 23:08:13 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518502617 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Feb 14 2022 23:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518506129 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 14 2022 23:08:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518465306 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Feb 14 2022 23:09:13 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILES-BARR, PA 18773-9640 |
| 518465310 | + | Email/Text: Bankruptcy@pinnaclefcu.com | | |
| | | | Feb 14 2022 23:04:00 | PINNACLE FED CR UN, 135 RARITAN CENTER PKWY, EDISON, NJ 08837-3645 |
| 519243758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 14 2022 23:09:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243759 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 14 2022 23:09:25 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518565327 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 14 2022 23:09:13 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518565320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 14 2022 23:09:13 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518568985 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Feb 14 2022 23:04:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518574935 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 14 2022 23:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518564274 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 14 2022 23:04:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518465312 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 14 2022 23:09:08 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465313 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 14 2022 23:09:22 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465314 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 14 2022 23:09:20 | SYNCHRONY BANK/CARE CREDIT, ATTN: |

Case 19-27794-JKS    Doc 42    Filed 02/16/22    Entered 02/17/22 00:18:12    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: plncf13 | Total Noticed: 70 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465316 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 14 2022 23:04:00 | TOYOTA FINANCIAL SERVICES, ATTY: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 518465315 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 14 2022 23:04:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 518564031 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 14 2022 23:04:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518497752 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 14 2022 23:04:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518874276 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2022 23:09:25 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518465260 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518542237 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465263 | *+ | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465267 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465268 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465269 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465278 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465279 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465280 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465281 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465285 | *+ | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465290 | * | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465299 | *+ | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197-0002 |
| 518465301 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465274 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465275 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465276 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465309 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518465318 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Feb 14, 2022 | Form ID: plncf13 | Total Noticed: 70

Date: Feb 16, 2022               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Saqiba Parveen ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5