**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Saqiba Parveen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9271<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27794–JKS | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Saqiba Parveen

4/2/24

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-27794-JKS

Saqiba Parveen                                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                          User: admin                                          Page 1 of 5
Date Rcvd: Apr 02, 2024                                Form ID: 3180W                                Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saqiba Parveen, 43 Christopher St., Lodi, NJ 07644-3320 |
| 518465264 | + | BANKUNITED, NTL ASSOC, 14817 OAK LN, MIAMI LAKES, FL 33016-1517 |
| 518465292 | + | CONDUENT, ATTN: BANKRUPTCY, PO BOX 7051, UTICA, NY 13504-7051 |
| 518465304 | + | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518465307 | + | NEW HAMPSHIRE HIGHER ED/GRANITE STATE MA, ATTN: BANKRUPTCY, PO BOX 2097, CONCORD, NH 03302-2097 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518465259 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 20:59:42 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518465261 | + | EDI: CITICORP | Apr 03 2024 00:37:00 | AT&T UNIVERSAL CITI CARD, ATTN: BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518500655 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 20:59:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465262 | + | EDI: BANKAMER | Apr 03 2024 00:37:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465265 | | Email/Text: bankruptcy@bbandt.com | Apr 02 2024 20:48:00 | BB&T, IN CARE OF BANKRUPTCY DEPT, PO BOX 1847, WILSON, NC 27894 |
| 518557612 | + | EDI: BANKAMER2 | Apr 03 2024 00:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518465266 | + | EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465270 | + | EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | CAPITAL ONE/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465271 | + | EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | CAPITAL ONE/NEIMAN MARCUS/BERGDORF GOODM, ATTN: BANKRUPTCY DEPT, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465272 | + | EDI: CITICORP | | |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 03 2024 00:37:00 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465277 | + | EDI: CITICORP | | |
| | | | Apr 03 2024 00:37:00 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518477381 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Apr 02 2024 20:47:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 518465311 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Apr 02 2024 20:47:00 | RBS CITIZENS CC, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 518465282 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITY BANK/ANNIESEZ, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465283 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITY BANK/DRESS BARN, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465284 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465286 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465287 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465288 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITY BKL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465289 | | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465291 | + | EDI: WFNNB.COM | | |
| | | | Apr 03 2024 00:37:00 | COMENITYCAPITAL/BJSCLB, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465293 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 02 2024 20:59:22 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518500368 | + | EDI: AIS.COM | | |
| | | | Apr 03 2024 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518582478 | | EDI: CITICORP | | |
| | | | Apr 03 2024 00:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518465295 | | EDI: DISCOVER | | |
| | | | Apr 03 2024 00:37:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 518465296 | + | EDI: DISCOVERPL | | |
| | | | Apr 03 2024 00:37:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 518465294 | | EDI: CITICORP | | |
| | | | Apr 03 2024 00:37:00 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 518465297 | | EDI: CITICORP | | |
| | | | Apr 03 2024 00:37:00 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518583874 | | EDI: Q3G.COM | | |
| | | | Apr 03 2024 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518473986 | | EDI: DISCOVER | | |
| | | | Apr 03 2024 00:37:00 | Discover Bank, Discover Products Inc, PO Box |

| | | | |
|---|---|---|---|
| Case 19-27794-JKS | Doc 49 | Filed 04/04/24 | Entered 04/05/24 00:16:17 Desc Imaged |
| | Certificate of Notice | Page 5 of 7 | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 70 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 3025, New Albany, OH 43054-3025 |
| 518582119 | + EDI: DISCOVERPL | Apr 03 2024 00:37:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518465298 | Email/Text: collecadminbankruptcy@fnni.com | Apr 02 2024 20:47:00 | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197 |
| 518465300 | + EDI: AMINFOFP.COM | Apr 03 2024 00:37:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465302 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2024 20:47:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 518465303 | + EDI: PHINGENESIS | Apr 03 2024 00:38:00 | GENESIS BANKCARD SERVICES, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518465305 | + EDI: HFC.COM | Apr 03 2024 00:37:00 | HSBC BANK, HSBC CARD SRVS/ATTN: BANKRUPTCY, PO BOX2013, BUFFALO, NY 14240-2013 |
| 518574150 | ^ MEBN | Apr 02 2024 20:49:57 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 518477793 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 02 2024 20:47:00 | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 518465273 | EDI: JPMORGANCHASE | Apr 03 2024 00:37:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518502617 | + Email/Text: RASEBN@raslg.com | Apr 02 2024 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518506129 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 20:59:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518465306 | + EDI: NAVIENTFKASMSERV.COM | Apr 03 2024 00:37:00 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILES-BARR, PA 18773-9640 |
| 518465308 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 02 2024 20:47:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518465310 | + Email/Text: Bankruptcy@pinnaclefcu.com | Apr 02 2024 20:48:00 | PINNACLE FED CR UN, 135 RARITAN CENTER PKWY, EDISON, NJ 08837-3625 |
| 519243758 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243759 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518565327 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518565320 | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518568985 | + EDI: JEFFERSONCAP.COM | Apr 03 2024 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518574935 | EDI: Q3G.COM | Apr 03 2024 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518564274 | EDI: Q3G.COM | Apr 03 2024 00:37:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518465312 | + EDI: SYNC | | |

Case 19-27794-JKS    Doc 49    Filed 04/04/24    Entered 04/05/24 00:16:17    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518465313 | + | EDI: SYNC | Apr 03 2024 00:37:00 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465314 | + | EDI: SYNC | Apr 03 2024 00:37:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518465316 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 03 2024 00:37:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| | | | Apr 02 2024 20:48:00 | TOYOTA FINANCIAL SERVICES, ATTY: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 518564031 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2024 20:47:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518465315 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 02 2024 20:48:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 518497752 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 02 2024 20:47:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518874276 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 20:59:59 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465317 | + | EDI: WFFC2 | Apr 03 2024 00:37:00 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518465319 | + | EDI: WFFC2 | Apr 03 2024 00:37:00 | WELLS FARGO/PREFERRED, ATTN: BANKRUPTCY, POB 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |
| 518566521 | | EDI: WFFC2 | Apr 03 2024 00:37:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518564634 | | EDI: WFFC2 | Apr 03 2024 00:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518465260 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518542237 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465263 | *+ | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518465267 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465268 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465269 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518465278 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465279 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465280 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465281 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518465285 | *+ | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518465290 | * | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 18215, COLUMBUS, OH 43218 |
| 518465299 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 1620 DODGE ST MAILSTOP 4440, OMAHA, NE 68197 |
| 518465301 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518465274 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465275 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | |
|---|---|---|
| 518465276 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518465309 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518465318 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Saqiba Parveen ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4